No. 644. LUSE *v.* CALIFORNIA. Appeal from the District Court of Appeal for the Second Appellate District of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Morris Lavine* and *Russell E. Parsons* for appellant. *Fred N. Howser,* Attorney General of California, *Howard S. Goldin* and *Frank W. Richards,* Deputy Attorneys General, for appellee.

*Miscellaneous Orders.*

No. ——. LANCASTER ET AL. *v.* HAMMOND, ATTORNEY GENERAL OF MARYLAND, ET AL. The motion for a stay of the mandate of the Court of Appeals of Maryland, referred to the Court by MR. JUSTICE BLACK, is denied. *I. Duke Avnet* for appellants. *Hall Hammond,* Attorney General of Maryland, and *J. Edgar Harvey,* Deputy Attorney General, for appellees.

No. 154. WONG YANG SUNG *v.* McGRATH, ATTORNEY GENERAL, ET AL., *ante,* p. 33. The motion of the Solicitor General to modify the judgment is granted and the judgment is modified so as to provide for the release of the prisoner from custody under the order of deportation but without terminating petitioner's custody under the warrant of arrest issued by the Attorney General dated October 13, 1947. MR. JUSTICE CLARK took no part in the consideration or decision of this application.